BREWER *v.* THE STATE.

|105a 507|
|112 751|

LITTLE, J.　Assignments of error in a bill of exceptions, upon the refusal of the superior court to sanction a petition for certiorari, can not be considered and passed upon by this court, when a copy of such petition is neither embodied in the bill of exceptions, nor attached thereto and verified by the judge. . *Watson* v. *McCarty*, 72 *Ga.* 216; *Fleming* v. *Bainbridge*, 84 *Ga.* 622.

　　　　　　　　*Writ of error dismissed.　All the Justices concurring.*

　　　　　　　　Argued July 5,—Decided July 23, 1898.

　　*Irwin & Bunn, S. E. Grow* and *S. Holderness,* for plaintiff in error.　*T. A. Atkinson, solicitor-general,* and *R. D. Jackson,* contra.

---

COLEMAN *v.* FLANNERY & COMPANY.

LITTLE, J.　The assignments of error in this case being based on the first grant of a new trial on general grounds, and it not appearing that the court below abused its discretion in granting the same, this court will not interfere.　Civil Code, § 5585.

　　　　　　　　*Judgment affirmed.　All the Justices concurring.*

　　　　　　　　Submitted June 24,—Decided July 23, 1898.

　　Levy and claim.　Before Judge Littlejohn.　Dodge superior court.　September term, 1897.

　　*E. Herrman* and *Smith & Clements,* for plaintiff in error.　*DeLacy & Bishop,* contra.

---

FAIN *v.* MECHANICS BUILDING & LOAN ASSOCIATION.

FISH, J.　This court will not reverse a judgment denying an injunction, when there was at the hearing ample evidence to support the conclusion reached by the judge, that the plaintiff was not entitled to the relief sought.　*Judgment affirmed.　All the Justices concurring.*

　　　　　　　　Argued June 24,—Decided July 23, 1898.

　　Petition for injunction.　Before Judge Lumpkin.　Fulton county.　April 23, 1898.

　　*J. W. Austin* and *C. L. Pettigrew,* for plaintiff.